IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:05CR3078 |
| MILTON JOSEPH III, ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3© and (d), the Clerk shall file defendant's Motion to Modify Order Setting Conditions of Release and Order under seal.

DATED this 25th day of October, 2005.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge