IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 MAY -9 PM 3: 45

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:05CR3078 |
| MILTON JOSEPH, III, ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion to Continue Sentencing Hearing, filing ____, from May 24, 2006, to a date certain for not less than 60 days in the above captioned matter. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant's sentencing hearing shall be continued in the above captioned matter to the _1st_ day of _August_, 2006 at _12_:_30_ _p_.m. This Court further finds that, based upon the showing set forth in Defendant's Motion, the ends of justice will be served by continuing the sentencing hearing.

Dated this _9th_ day of May, 2006.

BY THE COURT:

_[signature]_
The Honorable Richard G. Kopf
United States District Judge