IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3078 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MILTON JOSEPH, III, | ) | |
| | ) | |
| Defendant. | ) | |

Due to the United States Attorney's Office retreat, and with the agreement of the defendant,

IT IS ORDERED that Defendant Milton's sentencing is continued to Friday, September 22, 2006, at 12:00 noon, before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

August 25, 2006.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge