IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3078 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED** |
| vs. | ) | **ORDER** |
| | ) | |
| MILTON JOSEPH, III, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Joseph's sentencing is continued to Friday, September 29, 2006, at 12:00 noon, before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

    August 25, 2006.                BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge